

ACCEPTED
15-24-00080-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/13/2025 12:03 PM
CHRISTOPHER A. PRINE
CLERK

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

June 13, 2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/13/2025 12:03:32 PM
CHRISTOPHER A. PRINE
Clerk

Mr. Christopher A. Prine                                    *Via E-File*
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:  No. 15-24-00080-CV; *Texas Health and Human Services Commission v. Jessica Canto*, In the Fifteenth District Court of Appeals, Austin, Texas

Dear Mr. Prine:

As requested, I am providing an update on the status of the agreed supplemental administrative record. HHSC filed the Notice of Filing the Supplemental Administrative Record on May 27, 2025. The record was hand-delivered to the District Clerk on May 28, 2025. Proof that the agreed supplemental administrative record was submitted to and received by the District Clerk for filing is attached to this letter.

In both the Notice of Filing and the letter accompanying the record, the District Clerk was informed that the Court required submission of the record no later than June 2, 2025. *See* Enclosures. Counsel for HHSC is unaware of the reason for the delay in submitting the record to the Court or how much additional time the District Clerk needs to submit the record.

Respectfully Submitted,

/s/ *Rosalind Hunt*
Rosalind Hunt
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4166
Rosalind.Hunt@oag.texas.gov

ATTORNEY FOR APPELLANT
TEXAS HEALTH AND HUMAN SERVICES COMMISSION

Encl:    HHSC's Notice of Filing the Supplemental Administrative
Record & Proof of Receipt

cc:    Kim Cox   *Via Email*: kimacox@aol.com

5/27/2025 12:44 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-19-008542
Nancy Rodriguez

Cause No. D-1-GN-19-008542

| | | |
|---|---|---|
| JESSICA CANTO, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| CHARLES SMITH, EXECUTIVE | § | TRAVIS COUNTY, TEXAS |
| COMMISSIONER OF TEXAS | § | |
| HEALTH AND HUMAN SERVICES | § | |
| COMMISSION | § | |
| *Defendant.* | § | 353rd JUDICIAL DISTRICT |

---

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION'S NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD**

---

Appellant Texas Health and Human Services Commission (HHSC) hereby files this notice of filing the supplemental administrative record with the Travis County District Clerk pursuant to Texas Government Code § 2001.175(b). The certified supplemental administrative record contains one 363-page pdf document on a USB flash drive. The supplemental administrative record will be transmitted to the District Clerk on a USB flash drive. Prior to the filing of this notice, a copy of the complete administrative record was provided to all parties for review.

Please note that this matter is on appeal and the supplemental administrative record needs to be transmitted to the Fifteenth Court of Appeals no later than June 2, 2025, in accordance with the attached notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Rosalind L. Hunt*
ROSALIND L. HUNT
State Bar No. 24067108
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4166
Rosalind.Hunt@oag.texas.gov

ATTORNEYS FOR DEFENDANT TEXAS
HEALTH AND HUMAN SERVICES
COMMISSION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on May 27, 2025, on the following attorneys via e-service and/or electronic transmission:

Kim Cox
State Bar No. 04951500
Attorney at Law
4101 S. Alameda
Corpus Christi, Texas 78411
Telephone: (361) 883-3265
kimacox@aol.com

ATTORNEY FOR PLAINTIFF
JESSICA CANTO

/s/ Rosalind L. Hunt_____
ROSALIND L. HUNT
ATTORNEY FOR DEFENDANT



**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS

**Clerk**
CHRISTOPHER A. PRINE

# Fifteenth Court of Appeals

P.O. Box 12852, AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa/
512-463-1610

Thursday, May 22, 2025

Rosalind L. Hunt
Office of the Attorney General
Administrative Law Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Kim Cox
Attorney at Law
4101 S. Alameda
Corpus Christi, TX 78411
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    15-24-00080-CV
       Trial Court Case Number:    D-1-GN-19-008542

Style:  Texas Health and Human Services Commission
        v. Jessica Canto

Please be advised that the Agreed Motion to Correct the Administrative Record was GRANTED by this Court on the date noted above. The corrected Administrative Record is due in this Court on or before **June 2, 2025**.

Sincerely,

Christopher A. Prine, Clerk

cc:    Velva L. Price (DELIVERED VIA E-MAIL)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosalind Hunt on behalf of Rosalind Hunt
Bar No. 24067108
rosalind.hunt@oag.texas.gov
Envelope ID: 101276147
Filing Code Description: Notice
Filing Description: TEXAS HEALTH AND HUMAN SERVICES COMMISSION'S NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD
Status as of 5/28/2025 11:42 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 5/27/2025 12:44:21 PM | SENT |
| Kim Cox | 4951500 | kimacox@aol.com | 5/27/2025 12:44:21 PM | ERROR |

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 5/27/2025 12:44:21 PM | SENT |



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

May 28, 2025

Filed in The District Court
of Travis County, Texas

MAY 28 2025

At_____ *S.b.*
Velva L. Price, District Clerk

*Via Hand Delivery*

Velva L. Price
TRAVIS COUNTY DISTRICT CLERK
TRAVIS COUNTY CIVIL AND FAMILY COURTS FACILITY
1700 Guadalupe Street, 3rd Floor
Austin, Texas 78701

Re:  Cause No. D-1-GN-19-008542; *Jessica Canto v. Charles Smith, Executive Commissioner of Texas Health and Human Services Commission*, In the 353rd Judicial District Court, Travis County, Texas

Dear Ms. Price,

Please find the enclosed copy of the Notice of Filing of Supplemental Administrative Record that was filed in the above-referenced matter on May 27, 2025, file-stamp pending. The supplemental administrative record is enclosed on one USB flash drive, containing a 363-page pdf document with sensitive data redacted as required by Texas Rule of Civil Procedure 21c.

Please note this case is on appeal to the Fifteenth Court of Appeals. The Court granted Appellant's motion to correct the administrative record and has ordered the corrected record, attached herein, to be submitted to the Fifteenth Court of Appeals on or before June 2, 2025. The parties respectfully ask the Clerk's office to submit this supplemental administrative record to the Court as soon as possible.

Respectfully Submitted,

Rosalind L. Hunt
Assistant Attorney General
Administrative Law Division
Telephone: (512) 475-4166
Rosalind.Hunt@oag.texas.gov

ATTORNEY FOR DEFENDANT-APPELLANT
TEXAS HEALTH AND HUMAN SERVICES COMMISSION

Encl.:  Notice of Filing of Supplemental Administrative Record and one USB flash drive.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Rosalind Hunt
Bar No. 24067108
jennifer.foster@oag.texas.gov
Envelope ID: 101991336
Filing Code Description: Letter
Filing Description: 2n Ltr Re Clerks Record
Status as of 6/13/2025 12:07 PM CST

Associated Case Party: Tex Health & Human Services Comm

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 6/13/2025 12:03:32 PM | SENT |

Associated Case Party: Jessica Canto

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pamela MWilliams | | pmrshwms40@aol.com | 6/13/2025 12:03:32 PM | SENT |
| Kim ACox | | kimacox@aol.com | 6/13/2025 12:03:32 PM | ERROR |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 6/13/2025 12:03:32 PM | SENT |
| Kim Cox | | kimacox@aol.com | 6/13/2025 12:03:32 PM | ERROR |